```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

           Plaintiffs,

-against-

JULIET DOHERTY, et al.,

           Defendants.

<u>ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC</u>

24-CV-5026 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Initial Case Management Conference in this matter scheduled for **Wednesday, October 9, 2024, at 10:00 a.m.** is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.**

Dated: New York, New York
       September 18, 2024

                                      SO ORDERED.

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge