USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR BUTTON.,

                Plaintiffs,

-against-

JULIET DOHERTY, KRISTA KING-DOHERTY and LUIS PONS,

                Defendants.

POST-CONFERENCE ORDER

24-CV-5026 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the Initial Case Management Conference on October 9, 2024:

Plaintiffs shall file an amended complaint by **Wednesday, November 6, 2024**.

Defendants shall file their motions to dismiss by **Friday, December 6, 2024** and Plaintiffs shall file their opposition by **Friday, January 10, 2025**. Defendants shall reply by **Friday, January 24, 2025**.

Discovery is stayed pending a decision on the motion to dismiss.

Dated: New York, New York

      October 9, 2024

                            SO ORDERED.

                            KATHARINE H. PARKER
                            United States Magistrate Judge