UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

                Plaintiffs,

-against-

JULIET DOHERTY, and KRISTA KING-DOHERTY,

                Defendants.

**ORDER**

24-CV-5026 (JPC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiffs noting issues with the formatting of their Amended Complaint. (ECF No. 80.)  The Court thanks the Plaintiffs for updating the Court as to the issue.  The Second Amended Complaint ("SAC") is deemed to be timely filed, and the lateness is excused.  No other deadlines are changed.

Regarding the Plaintiffs' motion to seal (ECF No. 75), the documents attached to ECF No. 79 are provisionally sealed pending decision on the motion.  Plaintiffs shall submit proposed targeted redactions in highlights, such as redactions of personally identifying information and the names of individuals who have claimed they were sexually abused by the Buttons **on or before December 18, 2025**.  The proposed targeted redactions should be filed with the pro se office under provisional seal and will be considered with the Motion to Seal at ECF No. 75.  Plaintiffs may wish to confer with Defendants as to the proposed redactions, as there may be additional information that should be sealed that meets the standard for sealing under Second Circuit caselaw.

        **SO ORDERED.**

1

Dated: New York, New York  
      December 4, 2025

*Katharine H. Parker*  
KATHARINE H. PARKER  
United States Magistrate Judge