**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DUSTY BUTTON and MITCHELL TAYLOR BUTTON,

Plaintiffs,

24 **CIVIL** 5026 (JPC) (KHP)

-against-

**JUDGMENT**

JULIET DOHERTY and KRISTA KING-DOHERTY,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, Plaintiffs' claims against King-Doherty are dismissed without prejudice and without leave to amend. Plaintiffs' claims against Doherty are dismissed with prejudice and without leave to amend. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**DATED**: New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**