Case 1:24-cv-05026-JPC-KHP Document 99 Filed 09/04/26 Page 1 of 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br>PLAINTIFFS,<br>V.<br>JULIET DOHERTY and KRISTA KING-DOHERTY<br>DEFENDANTS. | Case No: 1:24-cv-05026-JPC-KHP<br>**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Leave to appeal *in forma pauperis* is granted. The Clerk of Court is respectfully directed to close Dkt. 99.

SO ORDERED
September 4, 2026



JOHN P. CRONAN
United States District Judge

Plaintiffs Dusty Button and Mitchell Taylor Button, proceeding pro se, respectfully move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed in forma pauperis on appeal.

Plaintiffs filed a Notice of Appeal on August 21, 2026, appealing from the Court's August 14, 2026 Opinion and Order, ECF No. 96, and any judgment entered pursuant to that Opinion and Order.

Plaintiffs are unable to pay the appellate filing fees and costs. Each Plaintiff submits a supporting financial affidavit/Form 4 and the attached statement explaining Plaintiffs' financial hardship, public benefits, lack of income, lack of assets, dependent child, and outstanding debts and financial obligations.

This appeal is taken in good faith. Plaintiffs seek appellate review of legal issues arising from the dismissal of their Second Amended Complaint, including whether the Court applied the proper pleading standards, whether disputed factual inferences were resolved against Plaintiffs at the Rule 12 stage, whether the claims against Krista King-Doherty were properly dismissed for lack of personal jurisdiction without jurisdictional discovery, and whether dismissal with prejudice and denial of further leave to amend were proper.

Plaintiffs respectfully request that the Court grant this motion and permit Plaintiffs to proceed in forma pauperis on appeal.

Respectfully dated this 1st day of September, 2026,

Dusty Button and Mitchell Taylor Button (pro se)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with Prose@nysd.uscourts.gov on September 1st, 2026.

Dated this September 1st, 2026,

/s/______________________________

Signature of Plaintiff Dusty Button (*Pro se*)

/s/______________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)